■ In the Matter of "MY BELLE." ROBERT FIDUCCIA, Appellant, v MICHAEL J. HOBLOCK et al., Respondents, and C. IRVIN McCLELLAND, Intervenor-Respondent. [725 NYS2d 201] —Orders, Supreme Court, New York County (Louise Gruner Gans, J.), entered December 29, 1999 and October 19, 2000, unanimously affirmed for the reasons stated by Gruner Gans, J., without costs or disbursements. No opinion. Concur—Sullivan, P. J., Rosenberger, Ellerin, Wallach and Marlow, JJ.